UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. |
| ) | |
| CORDALE HOWARD, ) | 1:18-cr-00148-TWP-DML-2 |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On October 10, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on September 30, 2024. [Dkt. 106.] Defendant Howard appeared in person with his appointed counsel William Dazey. The government appeared by AUSA Pamela Domash. U.S. Parole and Probation appeared by Officer Justin Meier.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Howard of his rights and ensured he had a copy of the Petition. Defendant Howard orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Howard admitted violation nos. 3, 4, 5, and 6 as set forth in the Petition. The Government orally moved to withdraw the remaining violation nos. 1 and 2, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|

3. **"You shall not knowingly leave the judicial district without the permission of the court or probation officer."**

   As previously reported to the Court, on April 26, 2024, Mr. Howard traveled out of the district to Berrien County, Michigan. He did not ask for approval from the probation officer.

4. **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**

   As previously reported to the Court, Mr. Howard submitted a positive drug screen for amphetamines and methamphetamine on May 22; and one for amphetamines on June 12, 2024.

   On July 9, and August 7, 2024, Mr. Howard submitted drug screens which confirmed positive for amphetamines and methamphetamine.

   On September 20, 2024, Mr. Howard submitted a positive drug screen for amphetamines. In conversation, he admitted to consuming methamphetamine on or about September 18, 2024.

5. **"You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer."**

   Mr. Howard re-enrolled in substance abuse counseling with Inspire Counseling and Support Center in Indianapolis. He completed an assessment on July 18, 2024, and was recommended for services. He was unsuccessfully discharged on August 12, 2024, for lack of attendance.

6. **"You shall report to the probation officer in a manner and frequency directed by the court or probation officer."**

   As previously reported to the Court, the offender failed to report to the probation office for scheduled meetings with the probation officer on July 2, and July 8, 2024.

    4.    The Court finds that:

        (a)    The highest grade of violation is a Grade B violation.

        (b)    Defendant's criminal history category is III.

        (c)    The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

    5.    The parties jointly recommended a period of incarceration of 12 months and 1 day. The Government requested a period of 48 months of supervised release to follow. Defendant requested a period of 36 months of supervised release to follow. Defendant further requested placement at FCI Terre Haute, Indiana, and placement into any substance abuse counseling programs for which he qualifies.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in violation nos. 3, 4, 5, and 6 of the Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of 12 months and 1 day, with 36 months of supervised release to follow. The Magistrate Judge further recommends Defendant's placement at FCI Terre Haute, Indiana, as well as Defendant's placement in any substance abuse counseling programs for which he qualifies.

In addition to the mandatory conditions of supervision, the following conditions of supervised release will be imposed:

1. "You shall report to the probation office in the federal judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons."

2. "You shall report to the probation officer in a manner and frequency directed by the court or probation officer."

3. "You shall permit a probation officer to visit you at a reasonable time at home or another place where the officer may legitimately enter by right or consent, and shall permit confiscation of any contraband observed in plain view of the probation officer."

4. "You shall not knowingly leave the federal judicial district where you are being supervised without the permission of the supervising court/probation officer."

5. "You shall answer truthfully the inquiries by the probation officer, subject to your 5th Amendment privilege."

6. "You shall not meet, communicate, or otherwise interact with a person you know to be engaged, or planning to be engaged, in criminal activity. You shall report any contact with persons you know to be convicted felons to your probation officer within 72 hours of the contact."

7. "You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change."

8. "You shall not own, possess, or have access to a firearm, ammunition, destructive device or dangerous weapon."

9. "You shall notify the probation officer within 72 hours of being arrested, charged, or questioned by a law enforcement officer."

10. "You shall maintain lawful full time employment, unless excused by the probation officer for schooling, vocational training, or other reasons that prevent lawful employment."

11. "You shall make a good faith effort to follow instructions of the probation officer necessary to ensure compliance with the conditions of supervision."

12. "You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court."

Justification: Conditions 1-12 are administrative conditions of supervision and will assist the probation officer in monitoring the offender in the community.

13. "You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer."

14. "You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may

    include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods."

15. "You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."

16. "You shall not use or possess alcohol."

17. "You shall not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, Spice, glue, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption."

Justification: Conditions 13-17 are recommended due to Mr. Howard's history of substance abuse, and to ensure compliance with a substance-free lifestyle.

18. "You shall participate in a mental health treatment program, as approved by the probation officer, and abide by the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). You shall take all mental health medications that are prescribed by your treating physician. The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer."

Justification: Condition 18 is recommended due to Mr. Howard's mental health history, and will assist the probation officer in monitoring Mr. Howard for his rehabilitation.

19. "You shall submit to the search by the probation officer of your person, vehicle, office/business, residence, and property, including any computer systems and hardware or software systems, electronic devices, telephones, and Internet-enabled devices, including the data contained in any such items, whenever the probation officer has a reasonable suspicion that a violation of a condition of supervision or other unlawful conduct may have occurred or be underway involving you and that the area(s) to be searched may contain evidence of such violation or conduct.

    Other law enforcement may assist as necessary. You shall submit to the seizure of contraband found by the probation officer. You shall warn other occupants these locations may be subject to searches."

Justification: Condition 19 is recommended based on the nature of the instant offense and alleged violation conduct, and will assist the probation officer in monitoring the offender's compliance with the law and ensuring protection of the community.

    Defendant waived reading of the above conditions on the record.

Defendant Howard was remanded to the custody of the U.S. Marshal pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to this Report and Recommendation.

Dated: 10 OCT 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system